# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **CANDICE CHANG,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action File No.:** |
| ) | **1:25-cv-04307-SEG-JSA** |
| **MIDLAND CREDIT** ) | |
| **MANAGEMENT, INC.,** ) | |
| ) | |
| **Defendant.** | |

## DEFENDANT MIDLAND CREDIT MANAGEMENT, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3 of the United States District Court for the Northern District of Georgia, Defendant Midland Credit Management, Inc. ("Midland") hereby files its Certificate of Interested Parties, certifying as follows:

(1) The undersigned counsel of record for Midland certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of Midland's stock:

- Encore Capital Group, Inc. (NASDAQ: ECPG) (100% owner of Midland Credit Management, Inc.)

- Midland Credit Management, Inc. (Defendant)
- Candice Chang (Plaintiff)

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

- The undersigned is not aware at this time of any other persons, etc. with a financial or other interest in this case or which could be substantially affected by the outcome of this particular case.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

- Cliff Carlson Law, P.C. (Plaintiff's counsel)
- Balch & Bingham LLP (Midland's counsel)
- Clifford Carlson (Plaintiff's counsel)
- Patrick N. Silloway (Midland's counsel)

(4) [For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a).] The undersigned further certifies that the following is a full and complete list of the citizenship* of every individual or entity whose citizenship is

attributed to a party or proposed intervenor on whose behalf this certificate is filed:

- Jurisdiction in this case is not based on diversity under 28 U.S.C. § 1332(a).

Respectfully submitted this 4th day of August, 2025.

*/s/ Patrick Silloway*
Patrick Silloway
Georgia Bar No. 971966
Email: psilloway@balch.com

**BALCH & BINGHAM LLP**
30 Ivan Allen Jr. Boulevard, N.W.
Suite 700
Atlanta, GA 30308
Telephone: (404) 261-6020
Facsimile: (404) 261-3656
*Attorney for Defendant MIDLAND CREDIT MANAGEMENT, INC.*

## **CERTIFICATE OF COUNSEL REGARDING FONT SIZE**

Counsel certifies that the foregoing has been prepared using Times New Roman font size 14 in accordance with Local Rules 5.1(B)(3) and 7.1(D).

This 4th day of August, 2025.

                                                  */s/ Patrick Silloway*
                                                  Patrick Silloway
                                                  Georgia Bar No. 971966

5

## **CERTIFICATE OF SERVICE**

I certify that on August 4, 2025, I electronically filed **Defendant Midland Credit Management, Inc.'s Certificate of Interested Persons and Corporate Disclosure Statement** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

                                              */s/ Patrick Silloway*
                                              Patrick Silloway
                                              Georgia Bar No. 971966